# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

DNA collection through saliva swabs and fully rolled fingerprint and palm print from Antonio D. Jamerson (dob: XX/XX/1998)

Case No. 19-M-147

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

DNA collection through saliva swabs and fully rolled fingerprint and palm print from Antonio D. Jamerson (dob: XX/XX/1998)

located in the Eastern District of Wisconsin, there is now concealed:

Evidence of the crime of robbery including: DNA matching that of DNA profile obtained from the glasses worn by one of the robbers;

Print recovered from the stolen black 2006 Lexus SUV used as the getaway vehicle

The basis for the search under Fed. R. Crim P. 41(c) is:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: Title 18, United States Code, Section 1951(a) (armed Hobbs Act robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence)

The application is based on these facts: See attached affidavit.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew J. Gibson, FBI Task Force Officer
*Printed Name and Title*

Sworn to before me and signed in my presence:

Date: July 11, 2019

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin

David E. Jones, U.S. Magistrate Judge
*Printed Name and Title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR SEARCH WARRANTS

I, Matthew J. Gibson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have over 26 years of experience as a law enforcement officer and am currently assigned to the Milwaukee FBI Violent Crime Task Force as a Deputized Federal Task Force Officer. I was a Special Agent with the Federal Bureau of Investigation for over 23 years and have been an Investigator with the Milwaukee County District Attorney's Office since June of 2015. I have participated in numerous complex narcotics, money laundering, violent crime, armed bank robbery, and armed commercial robbery investigations in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and other related offenses. I have employed a wide variety of investigative techniques in these and other investigations, including but not limited to, the use of informants, wiretaps, cooperating defendants, recorded communications, search warrants, surveillance, interrogations, public records, DNA collection, and traffic stops. I have also received formal training regarding the same.

2. This affidavit is based upon my personal knowledge as well as information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon information gathered from interviews of citizen witnesses, reports, official records, law enforcement reports, and my training

and experience.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Elix Powell, (dob: 11/30/1998), Antonio D. Jamerson, (dob: 6/24/1998), and others committed and conspired to commit the armed robbery of Swan Pharmacy, 9130 W. North Avenue, Wauwatosa, WI on December 28, 2016, in violation of Title 18, United States Code, Section 1951(a) (armed Hobbs Act robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence).

## PROBABLE CAUSE

4. On December 28, 2016, at approximately 9:15 a.m., two black male subjects robbed the Swan Pharmacy located at 9130 W. North Ave., City of Wauwatosa, Wisconsin. At all relevant times, the Swan Pharmacy located 9130 W. North Avenue in Wauwatosa, Wisconsin was engaged in the sale of articles and commodities in interstate commerce. One of the subjects was armed with a black semi-auto handgun. The robbers ordered the employees to the ground and threatened to kill them if the victims did not comply with their demands. The subjects obtained a quantity of Schedule II narcotics and fled out the back door on the east side of the building.

5. Victim J.D. stated that she ran outside after the armed robbery and observed the two armed robbers in a black SUV leaving the alley and driving northbound on N. 91st St. Video footage from Swan Pharmacy covering the alley to the north of the pharmacy confirmed the suspects arrived and fled in the Lexus SUV. The

2

SUV was last seen on video footage turning northbound on N. 91st St. from the alley. As Wauwatosa police officer Mike Nelson responded to the scene, he observed a black 2006 Lexus SUV (IL Lic. Z85 5229) that was abandoned, but left running, parked in the 2600 block of N. 91st St., on the wrong side of the road. A check of the Illinois license plate Z85 5229 revealed that the black 2006 Lexus SUV had been stolen in an armed robbery in Chicago earlier in the morning of December 28, 2016. Sergeant Brian Skornia of the Wauwatosa Police Department spoke with F.G., the listed owner of the black Lexus SUV and victim of the earlier armed robbery in the City of Chicago. F.G. provided a description of the subjects that robbed him as two black male subjects, 20-30 years old, one wearing a black jacket and one wearing a maroon jacket. Surveillance video from the Swan Pharmacy armed robbery revealed that one of the robbers was wearing a black jacket and one was wearing a maroon jacket.

6. The recovered Lexus SUV was processed and several latent fingerprints were recovered. The Wisconsin State Crime lab checked the recovered fingerprints first through AFIS, a state of Wisconsin database, which returned negative results. The Wisconsin State Crime Lab then searched the recovered prints through the FBI NGI database, a nationwide database, which revealed that two of the fingerprints recovered from the interior of the vehicle belonged to Elix J. Powell (dob: 11-30-98), who has an IN state number of IN196464. Investigators from the Chicago Police Department interviewed F.G. and F.G. stated that he does not know Elix Powell and that there was no legitimate reason that Powell's fingerprints would be in his Lexus.

3

7.	As set forth in the Wisconsin Crime Lab report, the crime lab requested that clear fully rolled standards including lower joints and palms of Elix J. Powell should be submitted to the Wisconsin State Crime Lab. Case agents submitted the standard fingerprint and palm print cards received from the FBI for Antonio Jamerson; however, the Wisconsin State Crime Lab concluded that no identification or exclusion could be effected due to insufficient quality in the questioned impression and the known standards submitted. As set forth in the Wisconsin State Crime Lab report, the crime lab requested that clear, fully rolled standards including lower joints, sides, and palms should be submitted for Antonio Jamerson. You affiant is aware that fully rolled fingerprints and palm prints were not taken during the processing of Jamerson or Powell by the United States Marshals Service or the local jail where they are being held.

8.	Law enforcement officers recovered from inside the stolen Lexus a pair of sunglasses. Based on their review of the pharmacy's surveillance video recording, the sunglasses appear to have been worn by the suspect who was wearing a maroon coat during the armed robbery. Law enforcement officers took a DNA swab of the sunglasses and submitted the sample to the Wisconsin State Crime Lab. Forensic analysts subsequently recovered a DNA profile from the swab of the sunglasses. They entered the profile in the DNA databank, and the DNA profile was matched to Antonio D. Jamerson. As set forth in the Wisconsin Crime Lab report, in order to confirm this candidate match, it is necessary to submit a DNA standard sample from Antonio D. Jamerson to the Wisconsin State Crime Lab.

4

9. On December 11, 2017, Tammy Powell was interviewed by law enforcement in Indianapolis. She adopted Elix Powell as a young child and raised him until he was an adult. Tammy Powell identified photographs of Elix Powell and Monaye Williams. Tammy Powell viewed the surveillance video of the Swan Pharmacy armed robbery and positively identified Elix Powell as one of the subjects who committed the armed robbery. She did not know the other subject.

10. On December 21, 2017, Jamerson's former Probation Officer Erica Thurman viewed photographs of the subjects taken from the Swan Pharmacy surveillance video. Probation Officer Thurman stated that the subject in the photographs looked very similar to Jamerson. Earlier Probation Officer Thurman had told investigators that Antonio Jamerson had been convicted of burglary and after his conviction he was released to his sister Tonna Jamerson who was in Indiana. A data base search showed that Tonaa Jamerson had recent addresses listed as: 1741 W. 59th St., Chicago, IL, and 8260 Harcourt Road, Apartment 319B, Indianapolis, IN.

11. On May 15, 2018, a grand jury in the Eastern District of Wisconsin indicted Jamerson and Powell for the armed robbery of Swan Pharmacy, 9130 W. North Avenue, Wauwatosa, WI on December 28, 2016 in violation of Title 18, United States Code, Section 1951(a) (armed Hobbs Act robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence).

12. Your affiant intends that a buccal swab DNA kit be used to obtain the DNA exemplar from Jamerson. Your affiant and/or another law enforcement officer

involved in this investigation will secure the exemplar by swabbing the inside of Jamerson's mouth for saliva and cells until an adequate sample is obtained.

13. Currently, Powell and Jamerson are both being held in custody at the Kenosha County Jail, Kenosha, Wisconsin.

## CONCLUSION

14. Based upon the aforementioned evidence, there is probable cause to believe that by taking an oral swabs of the inside of Antonio Jamerson's mouth, there may now be found DNA that is evidence of the crime of robbery including: DNA confirming his DNA matches to the DNA profile taken from the glasses worn by one of the robbers in the above described offense.

15. Based upon the aforementioned evidence, there is probable cause to believe that the palm print of either Powell or Jamerson may match a print recovered from the stolen black 2006 Lexus SUV used as the getaway vehicle in the armed robbery of the Swan Pharmacy on December 28, 2016.

6